**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **SEAN WHITE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | **C.A. NO. 4:20-cv-00522** |
| § | |
| **CESAR ONE; et al.,** § | |
| § | |
| **Defendants.** § | |
| § | |

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties to the above-referenced case have reached an agreement in settlement of all claims in this matter. The parties are preparing settlement documents, and respectfully request that the Court allow the parties sixty days from the date of this notice within which to complete their settlement at which time Plaintiff intends to file a notice of voluntary dismissal with prejudice. Further, given this Notice, and in accordance with Local Rule 16.3, the parties request that the Initial Pretrial and Scheduling Conference presently scheduled to take place before the Court on May 15, 2020 at 9:00 A.M., and their obligations under the Court's Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work [Doc. 3], be set aside.

**RESPECTFULLY SUBMITTED,**

**WILSON, CRIBBS & GOREN, P.C.**

*/s/ Scot Clinton*
Scot Clinton
Attorney-In-Charge
Texas Bar No. 24045667
Federal ID No.: 569701
Brian Kilpatrick
Texas Bar No. 24074533
Federal ID No.: 1139804
2500 Fannin Street
Houston, Texas 77002
(713) 222-9000 Tel.
(713) 229-8824 Fax
sclinton@wcglaw.com
bkilpatrick@wcglaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that on May 1, 2020 I conferred with counsel for Plaintiff regarding this Notice of Settlement, and counsel has indicated that he agrees to this notice.

*/s/ Scot Clinton*
Scot Clinton

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, a true and correct copy of the above and foregoing was filed on the CM/ECF system and served to all counsel of record via electronic notices, facsimile, and/or U.S. Postal Mail in compliance with the Federal Rules of Civil Procedure:

*/s/ Scot Clinton*
Scot Clinton